IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKEEM DIXON, *et al.*     *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-3730 |
| v. | : | |
| | : | |
| WOMEN'S CHRISTIAN ALLIANCE FOSTER CARE AGENCY     *Defendant* | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 26th day of September 2014, upon consideration of the *motion to dismiss Plaintiffs' amended complaint* filed by Defendant Women's Christian Alliance Foster Care Agency ("Defendant") pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 9], Plaintiffs' response in opposition thereto [ECF 10], Defendant's reply [ECF 13], the allegations contained in the amended complaint [ECF 8], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.